

Home | Site Map | Customer Care | Careers | Investor Relations | Real Estate Professionals

Find · Build · Customize · Finance · Contact Us · search site · search ›

Career Center : Job Search : Search Results : Job Detail

[ Search Jobs ] [ Search Results ] [ Job Cart ]

## Job Details

Job Cart QuickView | New Search | Search Results

Send to a Friend ✔ Add to Job Cart ➤ Apply Now

**Job Title:** Onsite Licensed Sales Counselor  
**Job Category:** Sales  
**Req Number:** FL-ORL-05293  
**Location:** FL - Daytona Beach

<< prev   next >>

KB Home, a Fortune 500 NYSE company and one of America's premier homebuilders, has an immediate employment opportunity available. The Company operates in numerous states across the nation from California to Florida.

KB Home has been building homes for a half a century, and was recently named to Fortune magazine's list of the World's Most Admired Companies for the sixth consecutive year. KB Home ranked #1 for 'Innovation' among homebuilders. Also, KB Home was given an Award for Excellence for the Energy Star Efficiency program by the U.S. Environmental Protection Agency. In 2008, KB Home became the first builder to earn the prestigious National Housing Quality (NHQ) Certified Builder Program for all of its operations nationwide.

**Position Summary:**

Are you a sales professional who is intelligent, has a bias for action, is driven to win, and excels in building strong relationships? If so, then KB Home has a truly unique opportunity for you. KB Home has partnered with America's lifestyle expert, Martha Stewart, in developing a master-planned community in Ormond Beach, Florida. We are currently seeking a New Home Sales Representative to represent the Martha Stewart and KB brand product. This position will have the following responsibilities:

**Roles and Responsibilities:**

- Learn and adopt KB Home's structured selling process and complete required training through KB Home's online University
- Present and sell the features and benefits of new homes within a KB Home community
- Utilize Competitive Market Analysis (CMA) and other data driven tools to sell homes
- Continually prospect for new customers through networking, referrals, and effective follow-up
- Continually demonstrate a Bias for Action and complete work accurately and on time
- Set and maintain the required number of appointments to meet/exceed sales goals
- Maintain a "Customer is #1" focus
- This is a 100% commission (against draw) opportunity in which compensation is determined solely by the success of the individual Sales Representative

**Minimum Requirements:**

- Demonstrated success in direct sales
- A Florida Real Estate license is required
- A 4-year college degree strongly preferred
- Excellent interpersonal and communication skills with an ability to close deals and develop and maintain relationships required
- Candidates should be polished and professional in demeanor and possess a strong work ethic, exceptional listening skills, and a desire for high commission, honesty, and integrity
- A flexible, "can do" attitude is required
- Basic computer skills and proficiency with the Internet required

Find out why KB Home is attracting and retaining the best employees! If you are interested and qualified, please apply now. KB Home provides above average compensation packages and earnings potential, full benefits, an outstanding 401K matching program, bonus plans and amazing promotional opportunities. KB Home is an equal opportunity employer committed to hiring a diverse work team. Diversity is important to KB Home!

Send to a Friend ✔ Add to Job Cart ➤ Apply Now

Call today for more information. 888-KB-HOMES.  
Terms and Conditions | Privacy Policy | Partners | Ethics

© Disney. Winnie the Pooh elements are based on the "Winnie the Pooh" works by A.A. Milne and E.H. Shepard. CARS elements. © Disney/Pixar.

© 2011 KB Home. All rights reserved.

If you would like to contact KB Home or see more of our KB Homes please contact KB Home by calling 1 888 KB HOMES, or email us. We build our KB Homes with pride. If you are interested in KB Home Investor Relations please contact KB Home's investor relations office at investorrelations@kbhome.com.

KB Home offers affordable new homes for sale in: Albuquerque, New Mexico | Atlanta, Georgia | Austin, Texas | Bay Area, California | Central Valley, California | Charleston, South Carolina | Charlotte, North Carolina | Columbia, South Carolina | Dallas/Fort Worth, Texas | Daytona Area, Florida | Denver, Colorado | Fresno & Surrounding Area, California | Houston, Texas | Jacksonville Area, Florida | Lakeland, Florida | Las Vegas, Nevada | Los Angeles County, California | Orange County, California | Orlando, Florida | Phoenix, Arizona | Raleigh, North Carolina | Reno, Nevada | Riverside County, California | Sacramento Area, California | San Bernardino County, California | San Antonio, Texas | San Diego, California | Southeast, Florida | Southwest, Florida | Tampa, Florida | Temple, Texas | Tucson, Arizona | Metro D.C., Virginia & Maryland.

http://careers.peoplecapital.com/kbhomecareers/details.asp?jid=29088&p=1

**EXHIBIT C-12**