United States District Court
Southern District of Texas
**ENTERED**
May 18, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| KIP EDWARDS, ET AL., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | |
| § Civil Action No. 3:11-cv-00240 | |
| KB HOME, ET AL. § | |
| § | |
| Defendants. § | |

**ORDER**

For the reasons provided in the Joint Motion to Certify Case as a Collective Action for Settlement Purposes Only and to Approve Confidential FLSA Settlement, it is hereby ORDERED that:

1. This matter is re-certified as a collective action under the Fair Labor Standards Act, 29 U.S.C. § 216(b) by agreement of the Parties for settlement purposes only;

2. The FLSA Settlement Agreement is APPROVED as a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act;

3. Service awards as set forth in the FLSA Settlement Agreement are APPROVED;

4. The amounts to be paid to FLSA Plaintiffs in accordance with Exhibit A to the FLSA Settlement Agreement are APPROVED;

5. The Reserve Fund amount as set for in the FLSA Settlement Agreement is APPROVED, and all remaining amounts are to be distributed to the FLSA Plaintiffs in accordance with the terms of the FLSA Settlement Agreement;

6. Rhonda H. Wills (lead counsel) and John M. Padilla (co-counsel) are APPOINTED as class counsel for the FLSA Plaintiffs;

7. The request for attorneys' fees as set forth in the FLSA Settlement Agreement is APPROVED as fair and reasonable;

8. Reimbursement of the FLSA Plaintiffs' litigation expenses and costs as set forth in the Joint Motion to Certify Case as a Collective Action for Settlement Purposes Only and to Approve Confidential FLSA Settlement is APPROVED;

9. Simpluris, Inc. is APPROVED as claims administrator; and

10. The fee for Simpluris, Inc. as set forth in the FLSA Settlement Agreement is APPROVED.

SIGNED this 16th day of May, 2016.

_____
HON. GREGG COSTA
UNITED STATES CIRCUIT JUDGE*

_____
*Sitting by designation