IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **KIP EDWARDS et al.,** | § § § | |
| Plaintiffs, | § § | |
| v. | § § | NO. 3:11-CV-00240 |
| **KB HOME et al.,** | § § | |
| Defendants. | § § | |

**DEFENDANTS' NOTICE OF NON-OPPOSITION TO PLAINTIFFS'
MOTION FOR FINAL APPROVAL OF RULE 23 SETTLEMENT**

Please take notice that Defendants KB Home, et al., do not oppose Plaintiffs' Motion for Final Approval of Rule 23 Settlement (Doc. No. 274), which is set for hearing on September 15, 2016 at 10:00 a.m.

Respectfully submitted,

*/s/ David B. Jordan*

Of Counsel:

Jennifer A. Youpa
Texas Bar No. 01383400
Fed. ID No. 19932
Kimberly Rives Miers
Texas Bar No. 24041482
Fed. ID No. 674452
LITTLER MENDELSON, P.C.
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX 75201
214.880.8100 (Telephone)
214.880.0181 (Facsimile)
jyoupa@littler.com
kmiers@littler.com

Kevin Little
Texas Bar No. 24070155
Fed. ID No. 1138412
LITTLER MENDELSON, P.C.
1301 McKinney Street
Suite 1900
Houston, TX  77010
713.951.9400 (Telephone)
713.951.9212 (Facsimile)
klittle@littler.com

David B. Jordan
Texas Bar No. 24032603
Fed. ID No. 40416
LITTLER MENDELSON, P.C.
1301 McKinney Street
Suite 1900
Houston, TX  77010
713.951.9400 (Telephone)
713.951.9212 (Facsimile)
djordan@littler.com

ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

On September 12, 2016 I electronically submitted the foregoing document with the Clerk of the Court for the U.S. District Court, Southern District of Texas, using the electronic case files system of the Court.  I certify I have served all counsel of record electronically.

*/s/ Kevin Little*
Kevin Little